UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

AMANDA WEST,

    PLAINTIFF

v.

TYSON FOODS, INC.,

    DEFENDANT.

CIVIL ACTION NO. 4:05-CV-183M

ELECTRONICALLY FILED

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES**

The defendant, Tyson Foods, Inc., by counsel, pursuant to Fed. R. Civ. P. 56, moves this Court for partial summary judgment on the plaintiff's claim for back pay damages. A memorandum in support of this motion, and a proposed Order are tendered herewith.

    s/ Demetrius O. Holloway
Shannon Antle Hamilton
Demetrius O. Holloway
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
shamilton@stites.com
dholloway@stites.com
COUNSEL FOR DEFENDANT, TYSON FOODS, INC.

CERTIFICATE OF SERVICE

  On August 13, 2007, I electronically filed the above pleading through the ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| W. Keith Ransdell, Esq. | Bradley P. Rhoads |
| 176 Pasadena Drive | Rhoads & Rhoads, P.S.C. |
| Building 1 | 115 E. Second Street, Suite 100, |
| Lexington, KY 40503 | Owensboro, Kentucky 42303 |
| Telephone: (859) 276-6262 | brad@rhoadsandrhoads.com |
| E-mail: keith@rwlaw.org | Co-Counsel for Plaintiff, Amanda West |
| Counsel For Plaintiff, Amanda West | |

              s/ Demetrius O. Holloway
              Demetrius O. Holloway