Filed Electronically

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:05-CV-183M

AMANDA WEST                                                                                           PLAINTIFF

V.
**AGREED ORDER**

TYSON FOODS, INC.                                                                                   DEFENDANT

\* \* \* \* \* \* \* \*

Plaintiff Amanda West ("West"), by counsel, and Defendant Tyson Foods, Inc. ("Tyson"), by counsel having agreed to an extension of time until Friday, September 7, 2007, for West to file a response to Tyson's Motion for Summary Judgment and Tyson's Motion for Partial Summary Judgment and Tyson to file a response to West's Motion for Inference, and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that West and Tyson have until Friday, September 7, 2007, to file Responses to those Motions in this matter.

_____
JUDGE, UNITED STATES DISTRICT COURT

TENDERED BY:

<table>
<tr><td>

s/ W. Keith Ransdell
W. Keith Ransdell, Esq.
RANSDELL & ROACH, PLLC
176 Pasadena Drive, Bldg.1
Lexington, KY 40503
Telephone: (859) 276-6262
Facsimile: (859) 276-4500
Counsel for Plaintiff, Amanda West
 and

Bradley P. Rhoads, Esq.
RHOADS & RHOADS
Suite 100, 115 E. 2nd Street
P.O. Box 2023
Owensboro, KY 42302-2023
Counsel for Plaintiff, Amanda West

</td><td>

s/Demetrius Holloway (w/permission)
Demetrius O. Holloway
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 779-8356
Counsel for Defendant, Tyson foods, Inc.

</td></tr>
</table>