UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**FILED**
Jeffrey A. Apperson, Clerk
APR 2 5 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 4:05-CV-183-M

**AMANDA WEST**  PLAINTIFF

VS.

**TYSON FOODS, INC.**  DEFENDANT

### VERDICT FORM
***************************************
### INTERROGATORY NO. 1

Do you believe by a preponderance of the evidence that Amanda West was subjected to a hostile work environment based upon sexual harassment and that Tyson knew of said harassment and failed to take prompt and appropriate action to stop it?

YES ✓         NO _____

_____
FOREPERSON

_____4-25-08_____
DATE

If you have answered "YES" to Interrogatory No. 1, proceed to Interrogatory No. 2. If you have answered "NO" to Interrogatory No. 1, please notify the Marshal that you have reached a verdict.



## INTERROGATORY NO. 2

You have found in favor of Amanda West for her claim of sexual harassment. What amount do you believe, if any, based upon a preponderance of the evidence, will fairly and reasonably compensate the Plaintiff for the mental distress and anguish you believe she has sustained directly by reason of the sexual harassment?

Mental distress and anguish (past)     $ _500,000_

Mental distress and anguish (future)   $ _250,000_

_____
FOREPERSON

_4-25-08_____
DATE

**Please proceed to Interrogatory No. 3.**



## INTERROGATORY NO. 3

Do you believe by a preponderance of the evidence that the Plaintiff was constructively discharged from her position at Tyson?

YES  ✓                 NO  _____

_____
**FOREPERSON**

_4-25-08_____
**DATE**

**If you have answered "YES" to Interrogatory No. 1, proceed to Interrogatory No. 4.**

**If you have answered "NO" to Interrogatory No. 1, proceed to Interrogatory No. 5.**



## INTERROGATORY NO. 4

You have found in favor of Amanda West on her claim of constructive discharge. What amount, if any, do you award her in back pay and/or front pay ?

Back Pay Damages        $ __65,818.29__

Front Pay Damages       $ __64,545.00__

_____
FOREPERSON

__4-25-08_____
DATE

**Please proceed to the next Interrogatory.**

4



## INTERROGATORY NO. 5

You have found in favor of Amanda West for her claim of sexual harassment. What amount, if any, do you believe should be awarded in punitive damages against Tyson?

    Punitive Damages    $ _400,000_____

_____
FOREPERSON

_4-25-08_____
DATE

**Please notify the Marshal that you have reached a verdict.**

