UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NUMBER: 4:05CV-183-M

AMANDA WEST                                                          PLAINTIFF

v.

TYSON FOODS, INC.                                                    DEFENDANT

## JUDGMENT

- **Jury Verdict.**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Plaintiff, Amanda West, against Defendant, Tyson Foods, Inc.; that Plaintiff recover from Defendant compensatory damages for injuries resulting from actions of said Defendant in the amount of Eight Hundred Eighty Thousand Three Hundred Sixty-Three Dollars and 29/100 ($880,363.29); punitive damages in the amount of Three Hundred Thousand Dollars and 00/100 ($300,000.00), as capped by 42 U.S.C. § 1981a(b)(3); and further, that Plaintiff recover from Defendant her costs of action.

JEFFREY A. APPERSON, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Date: April 28, 2008     By: _____
                             Erica A. Skinner, Deputy Clerk